UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60104-RS

MARIE CLAUDE LALLIER DENICOURT,

    Plaintiff,

v.

KILOLO KIJAKAZI,
*Acting Commissioner of the*
*Social Security Administration*,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 27], in which Magistrate Judge Alicia O. Valle recommends granting Defendant's Motion for Summary Judgment [DE 18], denying Plaintiff's Motion for Summary Judgment [DE 17], and affirming the Administrative Law Judge's decision. No objections have been filed to the Report and Recommendation. Thus, having reviewed Magistrate Judge Valle's Report and Recommendation to District Judge, the record, and given that neither party filed any objections, it is

**ORDERED** that:

1. The Report and Recommendation to District Judge [DE 27] is **AFFIRMED and ADOPTED**.

2. Defendant's Motion for Summary Judgment [DE 18] is **GRANTED**.

3. Plaintiff's Motion for Summary Judgment [DE 17] is **DENIED**.

4. The Administrative Law Judge's decision is **AFFIRMED**.

5. **FINAL JUDGMENT** in favor of Defendant will be entered separately.

6. All pending motions not otherwise ruled upon are **DENIED as moot**.

7. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of September, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record